# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | CALIFORNIA

**APPEARANCE**

Case Number: 08mj8227

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE ENCINAS-HUITRON

I certify that I am admitted to practice in this court.

| 3/18/2008 | /s/ ERICK L. GUZMAN |
|---|---|
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD — 244391 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |